**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

LARRY SYNCLAIR, SR., individually
and as a parent of Larry Synclair,
Jr., a minor,

*Plaintiff-Appellant,*

v.

COUNTY OF FRESNO; DEPARTMENT OF
CHILD ABDUCTION UNIT; WILLIAM
FRANK; RON HOPPER; DENNIS
LEWIS; EDWARD HUNT;
KATHY MACKIE,

*Defendants-Appellees.*

No. 03-16910

D.C. No.
CV-01-06546-AWI

ORDER

On Remand from the United States Supreme Court

Filed June 2, 2006

Before: Alfred T. Goodwin, J. Clifford Wallace, and
Stephen S. Trott, Circuit Judges

---

**ORDER**

On petition for writ of certiorari, the United States Supreme Court vacated and remanded the memorandum disposition "for further consideration in light of *Exxon Mobil Corp. v. Saudi Basic Industries Corp.*, 544 U.S. [280], 125 S.Ct. 1517, 161 L.Ed2d 454 (2005)." *Synclair v. County of Fresno*, 126 S.Ct. 731 (Nov. 28, 2005).

We remand to the district court for further proceedings consistent with the direction of the Supreme Court.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2006 Thomson/West.